**Order entered January 18, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-01413-CV

---

**LAKEPOINTE PHARMACY #2, LLC, RAYMOND AMAECHI, AND VALERIE AMAECHI, Appellants**

**V.**

**PM FORNEY MOB, LP, PM REALTY GROUP LP, WRAM INVESTMENTS, RICHARD ALLEN, AND RICHARD SPIRES, Appellees**

---

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 96367-422**

---

## ORDER

Before the Court is court reporter Donna R. Gehl's request she not be ordered to file the reporter's record because appellants have not requested it. We **GRANT** the request to the extent that we will, by separate order, submit the appeal without the reporter's record unless appellants file, no later than January 30, 2017, written verification they have requested the record and paid or made arrangements to pay the reporter's fee. *See* TEX. R. APP. P. 37.3(c).


/s/     CRAIG STODDART
JUSTICE